UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH DIVISION

| | |
|---|---|
| D'SHAYVON BAKER, <u>et. al.</u> | ) |
| | ) |
|     PLAINTIFFS | ) |
| v. | )   CIVIL ACTION NO. 5:24-CV-1-BJB |
| | ) |
| | ) |
| OFFICER SEAN BEAN, <u>et al.</u> | )   **Electronically Filed** |
| | ) |
|     DEFENDANTS | ) |
| | ) |
| _____ | ) |

## JOINT PROPOSED BRIEFING SCHEDULE

In accordance with the Court's Order of January 17, 2025, the parties have conferred and jointly submit the following proposed limited litigation schedule that covers, at a minimum, a deadline for filing any motion(s) to dismiss some or all claims in the Plaintiffs' amended complaint (Doc. 23-1). [23-1]).

    Motions to Dismiss filed by:    Monday, February 10, 2025

    Responses filed by:    Monday, March 10, 2025

    Replies filed by:    Thursday, March 20, 2025

    Respectfully submitted,

    */s/ Jan M. West*_____
    Jan M. West
    Goldberg Simpson, LLC
    Norton Commons
    9301 Dayflower Street
    Prospect, KY  40059
    jwest@goldbergsimpson.com
    PH: (502) 589-4440
    FAX: (502) 581-1344
    *Counsel for Defendant, Richard Boling*

*/s/ H. Douglas Willen (with permission)*
COTTHOFF & WILLEN
H. Douglas Willen, Esq.
317 West Ninth Street
P.O. Box 536
Hopkinsville, KY 42241
Phone: (270) 885-9909
hdw@cwlaw-firm.com
*Counsel for City Defendants, Officer Sean Bean, Chief Jason Newby, and Hopkinsville Police Department*

*/s/ James A. Sigler (with permission)*
KEULER, KELLY, HUTCHINS, BLANKENSHIP & SIGLER, LLP
James A. Sigler, Esq.
James P. Landry, Esq.
100 South 4th Street, Suite 400
Paducah, KY 42001
Phone: (270) 448-8888
Fax: (270) 448-0998
jsigler@kkhblaw.com
jlandry@kkhblaw.com
*Counsel for City Defendants, Officer Sean Bean, Chief Jason Newby, and Hopkinsville Police Department*

*/s/ Shaun A. Wimberly, Sr. (with permission)*
Shaun A. Wimberly, Sr., Esq.
Wimberly & Associates, PLLC
325 W. Main Street, Suite 1816
Waterfront Plaza
Louisville, KY 40202
shaun_wimberly@icloud.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

Service of this document on all counsel of record was accomplished automatically on January 31, 2025 through the Court's Notice of Electronic Filing.

        */s/ Jan M. West*